IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION,**
**WELFARE AND ANNUITY FUNDS,**

    **Plaintiffs,**

vs.                                            Case Number: 08-236-DRH

**H.J. FRIERDICH & SONS, INC.,**
**PAUL FRIERDICH, individually, and**
**GRANT FRIERDICH, individually,**

    **Defendants.**

### DEFAULT JUDGMENT ORDER

Now before the Court is Plaintiffs' motion for default judgment. Based on the reasons stated in the motion, the Court **GRANTS** the motion. IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

1. That plaintiffs recover from the defendants, **H.J. Frierdich & Sons, Inc.**, **Paul Frierdich**, individually, and **Grant Frierdich**, individually**,** the sum of eight thousand two hundred ninety four dollars and thirty one cents ($8,294.31) for delinquent contributions known to be owed by defendants to plaintiffs.

2. That plaintiffs recover from the defendants, **H.J. Frierdich & Sons, Inc.**, **Paul Frierdich**, individually, and **Grant Frierdich**, individually, the sum of one thousand twenty five dollars and four cents ($1,025.04) for liquidated damages.

3. That plaintiffs recover from defendants, **H.J. Frierdich & Sons, Inc.**, **Paul Frierdich**, individually, and **Grant Frierdich,** individually, the costs of these proceedings to include the sum of one thousand eight hundred twelve dollars and fifty cents ($1,812.50) for the plaintiffs' just and reasonable attorneys' fees, costs and expenses.

4. Partial Judgment is hereby entered against the defendants, **H.J. Frierdich & Sons, Inc.**, **Paul Frierdich**, individually, and **Grant Frierdich**, individually, in the amount of eleven thousand one hundred thirty one dollars and eighty five cents ($11,131.85).

5. That defendants are ordered to turn over their payroll records and books to plaintiffs, by August 15, 2008, so that an audit of same can be conducted. Upon the conclusion of which, plaintiffs are ordered to file a Motion to Supplement the Motion for Default Judgment.

6. That plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

7. That the Court hereby retains jurisdiction of this cause and all the parties hereto for the purpose of enforcing this Order.

DATED: July 9, 2008

/s/ *David R Herndon*
Chief Judge
United States District Court