IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CENTRAL LABORERS'
PENSION WELFARE
AND ANNUITY FUNDS,

Plaintiffs,

v.

H.J. FRIERDICH & SONS, INC.,
PAUL FRIERDICH, and
GRANT FRIERDICH,

Defendants.                                  No. 08-0236-DRH

## FINAL JUDGMENT

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiffs' motion to supplement default judgment (Doc. 36). Based on the reasons stated in the motion, upon the agreements executed by Defendants, the Restated Agreement and Declarations of Trust establishing the Central Laborers Pension, Welfare & Annuity Funds, the failure of Defendants to defend this matter, or otherwise respond, and the documentation, affidavits and other relevant documents submitted to the Court, the Court **GRANTS** the motion.

The Court **ENTERS** judgment in favor of plaintiffs and against defendants, **H.J. Frierdich & Sons, Inc., Paul Frierdich**, individually and **Grant Frierdich**, individually, in the total amount of sixteen thousand one hundred forty dollars and forty five cents ($**16,140.45**). Plaintiffs are

awarded execution of the known damage amount as outlined above **INSTANTER**.

    **IT IS SO ORDERED.**

Signed this 1st day of September, 2009.

/s/     David R Herndon

**Chief Judge**
**United States District Court**